IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION
FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS
HEALTH FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS'
VACATION FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF
CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION
TRUST FUND, BRIAN GENTRY,
CONTRACT ADMINISTRATION FUND,
and NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS,

                           Plaintiffs,

vs.                                              Case No. 09-cv-8

FULL SPECTRUM FLOORING SERVICES, INC.,
and DEAN A. SMITH,

                           Defendants.

---

ENTRY OF DEFAULT

---

      Plaintiff North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Brian Gentry, Contract Administration Fund and North Central States Regional Council of Carpenters, requests that the Clerk of Court enter *default*

against defendants Full Spectrum Flooring Services, Inc. and Dean A. Smith, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Full Spectrum Flooring Services, Inc. and Dean A. Smith is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 13th day of March, 2009.

Peter Oppeneer, Clerk of Court