UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

        Plaintiffs,

vs.

                Case No. 09-CV-08

FULL SPECTRUM FLOORING SERVICES, INC. and
DEAN A. SMITH,

        Defendants.

ORDER FOR JUDGMENT
AS TO DEFENDANT FULL SPECTRUM FLOORING SERVICES, INC.

  Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

  The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

  1.  Defendant Full Spectrum Flooring Services, Inc. has failed to plead or

otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.   Full Spectrum Flooring Services, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff funds.

3.   Full Spectrum Flooring Services, Inc. further defaulted upon a Promissory Note and Agreement between it and Plaintiffs.

4.   Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorneys' fees and costs.

5.   The court assesses the total damages to the plaintiffs in the sum of $13,466.31.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Brian Gentry, Contract Administration Fund, North Central States Regional Council of Carpenters, covering the audit period July 1, 2007 through January 31, 2008 in the amount of $13,466.31 together with interest at the rate allowed by law;

Dated this _2__ day of _April_____, 2009.

BY THE COURT

/s/ Barbara B. Crabb
U. S. District Court Judge