UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

      Plaintiffs,

vs.

                Case No. 09-CV-08

FULL SPECTRUM FLOORING SERVICES, INC. and
DEAN A. SMITH,

      Defendants.

---

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT FULL SPECTRUM FLOORING SERVICES, INC.

---

  This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

  **IT IS ORDERED AND ADJUDGED** that the plaintiffs, recover from the defendant Full Spectrum Flooring Services, Inc. the sum of $13,466.31 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 2d day of April, 2009.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 1st day of April, 2009.

_Barbara B. Crabb_
U. S. District Court Judge